UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL LYNCH,
    Plaintiff,

      v.                          CIVIL ACTION NO.
                                    14-10656-MBB

UNITED STATES OF AMERICA,
    Defendant.

**FINAL JUDGMENT**

**March 9, 2017**

**BOWLER, U.S.M.J.**

    It is **ORDERED** and **ADJUDGED** that plaintiff Daniel Lynch take nothing and that this action be dismissed without prejudice.

                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge